# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JDA EHEALTH SYSTEMS, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-01708-M |
| CORBY BELL, | § § § | |
| Defendant. | § § § | |

## ORDER

Oral argument is **SET** for **April 27, 2023, at 11:00 a.m. CST**. Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas, and be prepared to argue Defendant's Motion for Judgment on the Pleadings (ECF No. 24).

**SO ORDERED**.

April 17, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE