**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| JDA EHEALTH SYSTEMS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-cv-01708-M |
| CORBY BELL, | § § § | |
| Defendant. | § § § § | |

## **ORDER**

The Court has determined that this case is appropriate for mediation. **Cecilia Morgan** is appointed Mediator. The Court directs counsel for all parties to contact the Mediator as soon as possible.

Fees for the mediation are to be divided and borne equally by the parties, shall be paid by the parties directly to the Mediator, and shall be taxed as costs.

The Mediator is expected to follow the 2005 Model Standards of Conduct for Mediators, which have been adopted by the American Bar Association, the American Arbitration Association, and the Association for Conflict Resolution. The Standards may be accessed at www.abanet.org/dispute. If there are any parts of the Model Standards that the Mediator believes the Mediator cannot satisfy, the Mediator shall promptly notify the Court.

Each party shall appear in person by a representative who has full authority to settle the case at the mediation.

At the mediation, the parties must attempt to resolve their current disputes and to develop a protocol for attempting to resolve future claims without litigation.

No subpoenas, summonses, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session. Counsel and parties shall proceed in a good faith effort to resolve this case and shall agree upon a date for mediation to be completed on **May 10, 2023 or May 12, 2023**.

At the conclusion of the mediation, the Mediator will complete and file with the District Clerk the information required by § III.G of the Court's Civil Justice Expense and Delay Reduction Plan.

**SO ORDERED**.

April 28, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE