IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **JDA eHealth Systems, Inc. dba Parathon vs. Bell, Corby**

2. Civil action number: **3:22-cv-01708-M; DC-22-06142**

3. Nature of the suit: **business/commercial**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **May 12, 2023**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.  ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR.  ☐ Parties were unable to reach settlement
   Settled subject to payment and abatement

7. What was your TOTAL fee: **$5,950.00**

8. Duration of ADR: **eight (8) hours**   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff).
   Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Cecilia H. Morgan
    8401 North Central Expressway Suite 610
    Dallas, TX  75225
    214-744-5267

    */s/ Cecilia H. Morgan*          Date: May 16, 2023
    Cecilia H. Morgan, Esq., Mediator

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

| | |
|---|---|
| Martin P. Averill Esq. | Amanda L. Dorman Esq. |
| L/O Martin P. Averill | Dorman Bell, LLP |
| 12610 Jupiter Road | 5800 E. Campus Circle Dr. |
| Apt 1410 | Suite 114A |
| Dallas, TX  75238 | Irving, TX  75063 |
| Tel: 214-878-9822 | Tel: 214-736-7168 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2023, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*/s/ Judy Stephenson*
Judy Stephenson, Case Manager